AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Imagineight Entertainment, et als.

v.

North American Commercial Holdings, et als.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Imagineight Entertainment, Inc.; Alpha Creations, Inc.; Daniel Lundquist; Lori Lundquist; John Games; Emiley Games; Jill Harris and Jay Harris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 31, 2005 | *(signature)* |
| Date | Signature |
| | Alvin S. Nathanson       367480 |
| | Print Name          Bar Number |
| | Nathanson & Goldberg, 2 Oliver St |
| | Address |
| | Boston          MA          02109 |
| | City          State          Zip Code |
| | (617) 210-4800       (617) 210-4824 |
| | Phone Number          Fax Number |