AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Imagineight Entertainment, et als.

v.

North American Commercial Holdings, et als.

**APPEARANCE**

Case Number: 05-10790

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Imagineight Entertainment, Inc.; Alpha Creations Inc.; Daniel Lundquist; Lori Lundquist; John Games; Emiley Games; Jill Harris; and Jay Harris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 31, 2005 | *Courtney E. Mayo* |
| Date | Signature |
| | Courtney E. Mayo — 657790 |
| | Print Name — Bar Number |
| | Nathanson & Goldberg, 2 Oliver Street |
| | Address |
| | Boston, MA 02109 |
| | City — State — Zip Code |
| | (617) 210-4800     (617) 210-4824 |
| | Phone Number — Fax Number |