### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMAGINEIGHT ENTERTAINMENT, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: _____ |
| ) | |
| NORTH AMERICAN COMMERCIAL ) | |
| HOLDINGS, et al, ) | |
| ) | |
| Defendants. ) | 05-10790 PBS |

#### MOTION TO APPEAR PRO HAC VICE

Now Comes the Plaintiffs, by and through their local counsel, and respectfully moves that this Honorable Court allow Nathan E. Anderson as counsel for Plaintiffs to appear on Plaintiffs' behalf Pro Hac Vice. In support thereof Plaintiff states:

1. Counsel for Plaintiffs, Nathan Anderson, is a duly licensed and practicing Tennessee attorney, in good standing in the state of Tennessee, with a Board of Professional Responsibility number (BPR#) of 023216. (Attached is a copy of the License to practice law.)

2. Attorney Nathan Anderson is familiar with the local rules of the U.S. District Court for the District of Massachusetts.

3. Attorney Nathan Anderson has never had any professional license revoked or otherwise suspended for any reasons whatsoever, and has no disciplinary proceedings against him as a member of any bar in any jurisdiction. Attorney Nathan Anderson has never been convicted of a felonious act or any charge relating to his honesty and integrity.

4. Attorney Nathan Anderson duly filed an Application for Admission to the U.S. District Court in the Eastern District of Tennessee at Knoxville last fall. Attorney

1

Nathan Anderson has been informed by the Clerk that he has been accepted and that the swearing in ceremony will conducted later this spring, at which that time he shall receive official admission to the U.S. District Court in the Eastern District of Tennessee.

5.  Undersigned local counsel are members in good standing of the Bar of the Commonwealth and have been admitted to practice before the U.S. District Court for the District of Massachusetts.

6.  Attorney Alvin S. Nathanson is also a member in good standing with the U.S. Court of Appeals for the First Circuit, the U.S. Federal Claims Court and the U.S. Court of Appeals for the Federal Circuit.

Wherefore, Plaintiffs, by and through counsels, respectfully request this Honorable Court to grant the Motion to Appear Pro Hac Vice of Attorney Nathan Anderson.

March 30, 2005

*Nathan Anderson/cm*
Nathan E. Anderson
BPR #023216
Attorney for Plaintiff,
7019 Asheville Hwy
Knoxville, TN 37924
(865) 324-3000

*Alvin J. Nathanson*
Alvin S. Nathanson BBO # 367480
Courtney E. Mayo BBO # 657790
Nathanson & Goldberg, P.C.
Two Oliver Street, 8th Floor
Boston, MA 02109
(617) 210-4800

Nathan Anderson has been informed by the Clerk that he has been accepted and that the swearing in ceremony will conducted later this spring, at which that time he shall receive official admission to the U.S. District Court in the Eastern District of Tennessee.

5. Undersigned local counsel are members in good standing of the Bar of the Commonwealth and have been admitted to practice before the U.S. District Court for the District of Massachusetts.

6. Attorney Alvin S. Nathanson is also a member in good standing with the U.S. Court of Appeals for the First Circuit, the U.S. Federal Claims Court and the U.S. Court of Appeals for the Federal Circuit.

Wherefore, Plaintiffs, by and through counsels, respectfully request this Honorable Court to grant the Motion to Appear Pro Hac Vice of Attorney Nathan Anderson.

March 30, 2005

Nathan E. Anderson
BPR #023216
Attorney for Plaintiff,
7019 Asheville Hwy
Knoxville, TN 37924
(865) 324-3000

Alvin S. Nathanson BBO # 367480
Courtney B. Mayo BBO # 657790
Nathanson & Goldberg, P.C.
Two Oliver Street, 8th Floor
Boston, MA 02109
(617) 210-4800

2

# SUPREME COURT OF TENNESSEE



The Board of Law Examiners Having Certified That

## Nathaniel Ellis Anderson

is a person of good moral character, of proper age, and well versed in Law and its practice, the Court accordingly issues this

## License to Practice Law

In all of the Courts of the State of Tennessee

This _____ third _____ day of _____ May _____ A.D., 2004



_Chief Justice_
_Associate Justice_
_Associate Justice_
_Associate Justice_
_Associate Justice_



Countersigned



_President, Board of Law Examiners_
_Vice President, Board of Law Examiners_
_Secretary, Board of Law Examiners_



_Board Member_
_Board Member_