AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Imagineight Entertainment, Inc., et als.

V.

North American Commercial Holdings, LLC., et als.

**SUMMONS IN A CIVIL CASE**

CASE

# 05 - 10790 PBS

TO: (Name and address of Defendant)

World Wide Commercial Funding
14708 South May Avenue
Oklahoma City, Oklahoma 73170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alvin S. Nathanson
Nathanson & Goldberg, P.C.
Two Oliver Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   4-20-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | July 11, 2005 |
| NAME OF SERVER (PRINT)  Courtney E. Mayo | TITLE | Attorney for the Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by mailing by certified mail return receipt requested to World Wide Commercial Funding, 14708 South May Avenue, Oklahoma City, OK 73170

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 18, 2005             *Courtney E. Mayo*
              Date                        Signature of Server  Attorney for the Plaintiffs
                                          BBO # 657790

Nathanson & Goldberg, 2 Oliver ST., BOston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.