AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Imagineight Entertainment, Inc., et als.

**SUMMONS IN A CIVIL CASE**

V.
North American Commercial Holdings, LLC., et als.

CASE

05 - 10790 PBS

TO: (Name and address of Defendant)   Darrell Solomon
14708 South May Avenue
Oklahoma City, OK 73170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alvin S. Nathanson
Nathanson & Goldberg, P.C.
Two Oliver Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   4-20-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 11, 2005 |
| NAME OF SERVER *(PRINT)*  Courtney E. Mayo | TITLE  Attorney for the Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by mailing by certified mail return receipt requested to Darrell Solomon, World Wide Commercial Funding, 14708 South May Avenue, Oklahoma City, OK 73170

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 18, 2005            *Courtney E. Mayo*
                   Date                 Signature of Server
                                        Attorneys for the Plaintiffs
                                        BBO # 657790

                                        Nathanson & Goldberg, 2 Oliver St., Boston, MA 02109
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.