%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Imagineight Entertainment, Inc., et als.

**SUMMONS IN A CIVIL CASE**

V.

North American Commercial Holdings, LLC., et als.

CASE

# 05-10790 PBS

TO: (Name and address of Defendant)

North American Commercial Holdings, LLC.
675 V.F.W. Parkway, Suite103
Boston, MA 02467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alvin S. Nathanson
Nathanson & Goldberg, P.C.
Two Oliver STreet
Boston, MA 02467

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SA                                                    N

CLERK                                                      DATE        ⁻ 20-05

(By) DEPUTY CLERK

%sAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE: |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER *(PRINT)*   Courtney E. Mayo | TITLE   Attorney for the Plaintiffs |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  mailing by  certified mail return receipt requested to North
American Commercial Holdings, LLC., 675 V.F.W. Parkway, Suite 103
Boston, MA 02467

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 18, 2005          *Courtney E. Mayo*
             *Date*           *Signature of Server*   Attorney for the Plaintiffs
                                         BBO # 657790

                      Nathanson & Goldberg, 2 Oliver St., BOston, MA 02109
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.