°₄₀AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Imagineight Entertainment, Inc., et als.

V.

North American Commercial Holdings, LLC., et als.

**SUMMONS IN A CIVIL CASE**

CASE

# 05 - 10790 PBS

TO: (Name and address of Defendant)

Joseph Merenda
675 V.F.W. Parkway, Suite 103
Boston, MA 02467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alvin S. Nathanson
Nathanson & Goldberg, P.C.
Two Oliver Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE    4-20-05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 8, 2005 | |
| NAME OF SERVER (PRINT) Courtney E. Mayo | TITLE Attorney for the Plaintiffs | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): by mailing certified mail return receipt requested to Joseph Merenda at North American Commercial Holdings, LLC, 675 V.F.W. Parkway Suite 103, Boston, MA 02467, the return receipt being attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-18-05          *Courtney E. Mayo*
                 Date              Signature of Server

                                  Attorney for the Plaintiff,
                                  BBO # 657790

Nathanson & Goldberg, 2 Oliver St., Boston, MA 02109
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.