UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                 Civil Action
                                                 No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

John R. Abbott
Defendant

## NOTICE OF DEFAULT

     For failure of the defendant, John R. Abbott, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, John R. Abbott, has been defaulted on December 30, 2005.

                                                Sarah Thornton
                                                Clerk


                                                By: /s/ Robert C. Alba
                                                      Deputy Clerk


Date: December 30, 2005


Notice mailed to counsel of record and defendant(s).