UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Betty Solomon
Defendant

NOTICE OF DEFAULT

    For failure of the defendant, Betty Solomon, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Betty Solomon, has been defaulted on December 30, 2005.

                                              Sarah Thornton
                                              Clerk

                                              By: /s/ Robert C. Alba
                                                  Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).