UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Darrell Solomon
Defendant

NOTICE OF DEFAULT

      For failure of the defendant, ,Darrell Solomon to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Darrell Solomon , has been defaulted on December 30, 2005.

                                                        Sarah Thornton
                                                        Clerk

                                                   By: /s/ Robert C. Alba
                                                      Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).