UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Walter Gormley
Defendant

NOTICE OF DEFAULT

     For failure of the defendant, Walter Gormley, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Walter Gormley, has been defaulted on December 30, 2005.

                                                                    Sarah Thornton
                                                                    Clerk

                                                           By: /s/ Robert C. Alba
                                                                      Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).