UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                                              Civil Action
                                                                                                                                              No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Joseph Merenda
Defendant

NOTICE OF DEFAULT

     For failure of the defendant, Joseph Merenda, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Joseph Merenda, has been defaulted on December 30, 2005.

                                                                                                        Sarah Thornton
                                                                                                        Clerk

                                                                                                    By: /s/ Robert C. Alba
                                                                                                        Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).