UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-10790-PBS

Imagineight Entertainment Inc., et al
Plaintiffs

v.

Joseph Merenda
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                    December 30, 2005

On December 30, 2005, a notice of default was issued  as to the defendant Joseph Merenda pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before January 30, 2006.  Plaintiff shall include a proposed form of judgment along with the motion filing.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk