UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                   Civil Action
                                                   No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

North American Commercial Holdings, LLC
Defendant

## NOTICE OF DEFAULT

      For failure of the defendant, North American Commercial Holdings, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, North American Commercial Holdings, LLC, has been defaulted on December 30, 2005.

                                                Sarah Thornton
                                                Clerk

                                            By: /s/ Robert C. Alba
                                                Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).