UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Civil Action
                                                No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Tim Pope
Defendant

## NOTICE OF DEFAULT

     For failure of the defendant, Tim Pope, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Tim Pope, has been defaulted on December 30, 2005.

                                                Sarah Thornton
                                                Clerk


                                            By: /s/ Robert C. Alba
                                                 Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).