UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: 05-10790-PBS

Imagineight Entertainment Inc., et al
Plaintiffs

v.

Tim Pope
Defendant


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                                   December 30, 2005

     On December 30, 2005, a notice of default was issued as to the defendant Tim Pope pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before January 30, 2006. Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                                              By the Court,


                                                                            /s/ Robert C. Alba
                                                                            Deputy Clerk