UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                           Civil Action
                                                                           No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Martin G. Taylor
Defendant

NOTICE OF DEFAULT

     For failure of the defendant, Martin G. Taylor, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Martin G. Taylor, has been defaulted on December 30, 2005.

                                                                         Sarah Thornton
                                                                         Clerk


                                                                      By: /s/ Robert C. Alba
                                                                           Deputy Clerk

Date: December 30, 2005

Notice mailed to counsel of record and defendant(s).