UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                   Civil Action
                                                   No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

World Wide Commercial Funding
Defendant


NOTICE OF DEFAULT


        For failure of the defendant, World Wide Commercial Funding, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, World Wide Commercial Funding, has been defaulted on December 30, 2005.


                                                 Sarah Thornton
                                                 Clerk


                                                 By: /s/ Robert C. Alba
                                                      Deputy Clerk


Date: December 30, 2005


Notice mailed to counsel of record and defendant(s).