UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: 05-10790-PBS

Imagineight Entertainment, Inc., et al
Plaintiffs

v.

Gary Jefferson
Defendant

## ORDER OF DISMISSAL

SARIS, D.J.

     For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice as to defendant Gary Jefferson, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

                                                 By the Court,

                                               /s/ Robert C. Alba
                                               Deputy Clerk

December 30, 2005

To: All Counsel